```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 06701
   GAIL JOHNSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-8983


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 03/21/2008 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 05/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
FREMONT INVESTMENT & LOA CURRENT MORTG       .00          .00          .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE   14413.29          .00          .00
AMERICREDIT FINANCIAL SV SECURED VEHIC       .00          .00          .00
AMERICREDIT FINANCIAL SV UNSECURED     NOT FILED          .00          .00
PARK FOREST CHIROPRACTIC UNSECURED     NOT FILED          .00          .00
TCF NATIONAL BANK        UNSECURED     NOT FILED          .00          .00
SEARS DENTAL             UNSECURED     NOT FILED          .00          .00
ST JAMES HOSPITAL        UNSECURED     NOT FILED          .00          .00
NICOR GAS                UNSECURED     NOT FILED          .00          .00
RMI/MCSI                 UNSECURED        775.00          .00          .00
RMI/MCSI                 UNSECURED     NOT FILED          .00          .00
RMI/MCSI                 UNSECURED     NOT FILED          .00          .00
RMI/MCSI                 UNSECURED     NOT FILED          .00          .00
RMI/MCSI                 UNSECURED     NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       .00                          .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                      174.08

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                174.08

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                              174.08
                      ---------------    ---------------
TOTALS                 174.08              174.08




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 06701 GAIL JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 06701 GAIL JOHNSON