UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
GAIL JOHNSON

CASE NO. 08 B 06701

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-8983

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/21/08 and confirmed on 08/01/08.

2. The plan is paid in full.

3. The Debtor paid a total of $ 3920.58 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| SEARS DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 775.00 | .00 | 775.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 775.00 | .00 | 775.00 |
| PRINCIPAL PAID | .00 | .00 | 775.00 | .00 | 775.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 775.00 | .00 | 775.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $ 3500.00 and was paid $ 1658.50 direct and $ 1841.50 through the plan.

The Trustee received $ 156.24 .

Refunds to the Debtor totaled $ 1147.84 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/12/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 06701 GAIL JOHNSON